**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GOOCH, MICHAEL EUGENE | ) CASE NO. 04-03188-JKC-7 |
| | ) |
| | ) |
| Debtor(s) | ) |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

      Pursuant to Fed.R.Bankr.P. 3011, William J. Tucker, trustee herein, submits the following notice of unclaimed dividends to the Court.

| Payee(s) | Last Known Address(es) | Amount(s) |
|---|---|---|
| Fleet * | P. O. Box 1016<br>Horsham, PA 19044<br>*Creditor unable to locate account. | $2,032.18 |
| Chase Manhattan Bank * | P. O. Box 52176<br>Phoenix, AZ 85072-2176<br>*Creditor unable to locate account. | $1,162.20 |
| | | |
| **TOTAL UNCLAIMED DIVIDENDS . . . . . . . . . . . . . .** | | **$3,194.38** |

Date: June 3, 2011

/s/ William J. Tucker
William J. Tucker, Trustee
Tucker|Hester, LLC
429 N. Pennsylvania Street, Suite 100
Indianapolis, IN  46204
PH:  317-833-3030
Email:  trustee@tucker-hester.com